# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 23-105-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| ROXANNA RAE LEWIS-STELLA, | |
| Defendant. | |

Defendant, Roxanna Rae Lewis-Stella, having filed an Unopposed Motion to Appear via Video (Zoom) for Arraignment;  IT IS HEREBY ORDERED the Defendant, Roxanna Rae Lewis-Stella may appear via video using Zoom for the Arraignment, currently scheduled for Tuesday, November 28, 2022, at 1:30 p.m. Defense counsel will contact the Clerk of Court for the Zoom link.

DATED this <u>27th</u> day of November, 2023.

John Johnston
United States Magistrate Judge

1